IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUIS ANGEL OROBIO-ESTACIO,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:24cv107 |
| | ) | **Electronic Filing** |
| **MICHAEL UNDERWOOD**, | ) | |
| Warden, FCI Loretto, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>MEMORANDUM ORDER</u>

Petitioner Orobio-Estacio filed a petition for a writ of habeas corpus pursuant to 28

U.S.C.§ 2241, seeking application of Earned Time Credits earned under the First Step Act to his

federal sentence.  The case was referred to United States Magistrate Judge Keith A. Pesto for

pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and

Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 23) filed on October 9,

2025, recommended that the petition be denied.  Petitioner was informed that objections to the

Report and Recommendation were due by October 23, 2025.  No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the

Report and Recommendation, the following Order is entered:

AND NOW, this 14th day of July, 2026,

IT IS ORDERED that [1], [13] the Petition be, and the same hereby is, denied.  The [23]

Report and Recommendation of Magistrate Judge Keith A. Pesto dated October 9,

2025, is adopted as the opinion of the Court.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:     Michael Leo Ivory, AUSA

       (*Via CM/ECF electronic mail*)

       Luis Angel Orobio-Estacio, Reg. No. 14997-104
       F.C.I. Loretto
       P.O. Box 1000
       Cresson, PA 16630

       (*Via United States Postal Service mail*)